Ray RUSSELL, d/b/a Russell Poultry Farm,
Plaintiff-Respondent,

v.

MID–WESTERN HOMES & TRUSS, INC.,
a corporation, and Art Vogel, De-
fendants-Appellants.

No. 35145.

Missouri Court of Appeals,
St. Louis District,
Division Two.

Oct. 1, 1974.

Colson & Wagner, David L. Colson,
Farmington, for defendants-appellants.

Roberts & Roberts, Raymond R. Roberts,
V. Kenneth Rohrer, Farmington, for plain-
tiff-respondent.

SMITH, Presiding Judge.

Defendants appeal from a judgment in
accord with a jury verdict in a breach of
warranty case. We affirm.

Plaintiff had a chicken house construct-
ed. He purchased the trusses for the
structure from the defendants. A jury
could reasonably conclude from the evi-
dence that plaintiff relied upon defendants
to provide suitable roof trusses, that the
trusses supplied were not suitable and that
the non-suitability caused the chicken
house to collapse to plaintiff's damage.
No contention is asserted that the evidence
did not support the verdict.

■ Defendants objected to the qualifi-
cations of an expert witness. The witness'
expertise arose from his specialized experi-
ence with chicken houses rather than
from his education. That is a permissible
source of expertise. Tryon v. Casey, 416
S.W.2d 252 (Mo.App.1967) [4, 5]. We
find no abuse of discretion by the trial
court in permitting the witness to testify as
an expert. Parlow v. Dan Hamm Drayage
Co., 391 S.W.2d 315 (Mo.1965) [14–16].

Defendants objected to the admission into evidence of certain plans furnished by plaintiff to defendants because of a lack of authentication in that the plans did not contain the signature of the person who prepared them. The plans were furnished to enable defendants to determine the design of the trusses to be used. The execution of the plans was not in issue, simply the fact of their delivery. Authentication of execution was unnecessary. Mincielli v. Sloan's Moving and Storage Co., 303 S.W.2d 17 (Mo.1957) [4, 5].

Defendants also objected to certain testimony that these plans had been successfully used in structures similar to plaintiff's. In view of defendants' contention that the trusses were not defective but the plans were, this testimony was relevant. State v. Duncan, 499 S.W.2d 476 (Mo.1973) [5].

Judgment affirmed.

CLEMENS, McMILLIAN and GUNN, JJ., concur.